# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CV-1859 CAS |
| PHARMA MEDICA RESEARCH, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on review of the file. This case was directly assigned to the undersigned because counsel indicated on the Court's Original Filing Form that "This same cause, or a substantially equivalent complaint, was previously filed in this court as case number 4:18-cv-0396-CAS and assigned" to me. My review of the two cases shows that although they may be related, they are not the same or substantially equivalent cases. This case therefore should be randomly reassigned. All judges, including the undersigned, will be included in the draw for the random reassignment. Accordingly,

**IT IS HEREBY ORDERED** that Clerk of Court shall randomly reassign this case, and shall include all judges, including the undersigned, in the draw for the random reassignment.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  2nd  day of November, 2018.