# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, | ) |
| Plaintiff, | ) |
| | ) Cause No. 4:18-CV-01859 PLC |
| vs. | ) |
| PHARMA MEDICA RESEARCH, INC. and UNKNOWN PERSONS employed or contracted by Pharma Medica Research, Inc., | ) |
| Defendants. | ) |

## ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, PHARMA MEDICA RESEARCH, INC., by and through their undersigned attorneys, Hinshaw & Culbertson LLP and Terese A. Drew, and for their Answer to Plaintiff's Complaint, states as follows:

1. Defendant has insufficient information to neither admit nor deny the allegations contained in paragraph 1 of Plaintiff's Complaint and as such denies same.

2. Defendant admits it is a Canadian corporation headquartered in Mississauga, ON Canada. Defendant further admits it has a registered agent located at 1 North Brentwood Blvd., 10th Floor, St. Louis, Missouri. Defendant further admits it operates a facility at 400 Fountain Lakes Blvd., St. Charles, St. Charles County, Missouri. Defendant denies each and every other allegation contained in paragraph 2 of Plaintiff's complaint not specifically admitted herein.

3. Defendant can neither admit nor deny the allegations contained in paragraph 3 of Plaintiff's Complaint as they are legal conclusions to which no response is required. However, if a response is required, Defendant denies same.

4. Defendant can neither admit nor deny the allegations contained in paragraph 4 of Plaintiff's Complaint as they are legal conclusions to which no response is required. However, if a response is required, Defendant denies same.

## COUNT I (IAN WALLACE v. PMR)

5. Defendant admits that on or about March 23, 2016 through April 23, 2016 and or about June 10, 2016 through June 14, 2016, the Plaintiff participated in a research study at Defendant's facility located in St. Charles, Missouri. During these periods of time, Plaintiff was subject to providing various blood samples. Defendant denies each and every other allegation contained in paragraph 5 of Plaintiff's Complaint.

6. Defendant denies each and every allegation contained in paragraph 6 of Plaintiff's Complaint.

7. Defendant denies each and every allegation contained in paragraph 7 of Plaintiff's Complaint and further specifically denies subparagraphs (a) through (g) inclusive therein.

8. Defendant denies each and every allegation contained in paragraph 8 of Plaintiff's Complaint.

9. Defendant denies each and every allegation contained in paragraph 9 of Plaintiff's Complaint.

10. For further answer and this Defendant's affirmative defense, Defendant states any injuries or damages sustained by Plaintiff were directly caused in whole or in part by Plaintiff's own fault so as to bar Plaintiff's recovery or, alternatively is such that any recovery on Plaintiff's behalf should be in apportion to Plaintiff's own fault.

11. For further answer and this Defendant's affirmative defense, Defendant states that any injuries suffered or damages sustained by Plaintiff were directly caused in whole or in part by third parties not under the direction or control of this Defendant.

302997454v1 1004374

12. For further answer and this Defendant's affirmative defense, Defendant states that Plaintiff's Complaint fails to state a cause of action as a matter of law.

13. For further answer and this Defendant's affirmative defense, Defendant states that Plaintiff failed to mitigate his damages.

WHEREFORE, Defendant, PHARMA MEDICA RESEARCH, INC., prays this Court dismiss Plaintiff's Complaint at Plaintiff's cost and for such other and further relief this court deems just and proper.

**HINSHAW & CULBERTSON LLP**

/s/ Terese A. Drew
Terese A. Drew, #32030
701 Market Street
Suite 1375
St. Louis, MO 63101-1843
P: 314-241-2600
F: 314-241-7428
tdrew@hinshawlaw.com
Attorney for Defendant PHARMA MEDICA RESEARCH, INC.

302997454v1 1004374

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served to counsel via the Court's e-filing system on this _26_ day of December, 2018, addressed to the following attorney(s) of record:

Mr. Brian Wendler #39151
Ms. Angie M. Zinzilieta #69783
Mr. Paul E.H. Rademacher #69822
**WENDLER LAW, P.C.**
900 Hillsboro, Suite 10
Edwardsville, IL 62025
P: (618) 692-0011
F: (618) 692-0022
wendlerlawpc@gmail.com
Attorneys for Plaintiff

_____