UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18cv01859 PLC |
| | ) |
| PHARMA MEDICA RESEARCH, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's motion for approval of the parties' Stipulated Protective Order [ECF No. 23], with the parties' Stipulated Protective Order attached to the motion as Exhibit A [ECF No. 23-1].  Defendant asks the Court to "enter the Stipulated Protective Order prohibiting the use of any documents outside of the terms stipulated to under the Protective Order."

Having reviewed the parties' Stipulated Protective Order [ECF No. 23-1], the Court makes only the following changes to it:

(1) the title is changed from "Order Approving Stipulated Protective Order" to "Stipulated Protective Order";

(2) the following is added to the last page after the parties' attorneys' signatures: "It is so ordered," the Judge's signature, and the date; and

(3) with respect to "Exhibit A – Declaration of Compliance" attached to the Stipulated Protective Order:

(a) the sentence at "2." is changed from: "I have read the Agreed Protective Order entered in this case, a copy of which has been given to me." to:   "I have read the Stipulated Protective Order entered in this case, Wallace v. Pharma Medica Research, Inc., 4:18cv01859 PLC (E.D. Mo.), a copy of which has been given to me."; and

(b) the last line of "3." Is changed from:  "with the terms of the Protective Order entered in this matter on _____." to: "with the terms of the Stipulated Protective Order entered in this matter on April 19, 2019."

After careful consideration,

**IT IS HEREBY ORDERED** that Defendant's motion for Stipulated Protective Order [ECF No. 23] is **GRANTED** so that the parties' Stipulated Protective Order [ECF No. 23-1], amended only as noted above, is **APPROVED**.  The approved Stipulated Protective Order is entered separately.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of April, 2019