# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:18-cv-01859 PLC ) |
| PHARMA MEDICA RESEARCH, INC., | ) ) **DEFENDANT DEMANDS** |
| Defendant. | ) **TRIAL BY JURY** ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of April 2019, copies of *Plaintiff's Answers to Defendant Pharma Medica Research, Inc.'s First Set of Interrogatories Directed to Plaintiff* and *Plaintiff's Responses to Defendant Pharma Medica Research, Inc.'s First Request For Production of Documents Directed to Plaintiff* were served via electronic mail and a disc containing the production documents has been sent via U.S. Mail to the following:

> Terese A. Drew
> John R. Suermann, Jr.
> 701 Market Street, Suite 1375
> St. Louis, MO 63101-1843
> Ph: (314) 241-2600
> Fax: (314) 241-7428
> tdrew@hinshawlaw.com
> jsuermann@hinshawlaw.com

Respectfully Submitted,

**WENDLER LAW, P.C.**

By: /s/*Brian M. Wendler*
Brian M. Wendler, #39151

                                                Angie M. Zinzilieta, #69783
                                                900 Hillsboro, Suite 10
                                                Edwardsville, IL  62025
                                                Ph:       (618) 692-0011
                                                Fax:     (618) 692-0022
                                                wendlerlawpc@gmail.com
                                                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the foregoing was transmitted via electronic mail this 23rd day of April 2019 to the following party:

Terese A. Drew
John R. Suermann, Jr.
701 Market Street, Suite 1375
St. Louis, MO 63101-1843
Ph: (314) 241-2600
Fax: (314) 241-7428
tdrew@hinshawlaw.com
jsuermann@hinshawlaw.com
*Attorneys for Pharma Medica Research*

                                                                                    */s/Brian M. Wendler*