UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IAN WALLACE

Plaintiff(s),

vs.

PHARMA MEDICA RESEARCH, INC., TRIS PHARMA, INC., ROXANE LABORATORIES, INC., HIKMA LABS, INC., and WEST-WARD COLUMBUS, INC.

Defendant(s).

Case No. 4:18-CV-01859

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated 03/24/2020 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Judge Glenn Norton

Firm Name and Address: Alaris Litigation Center
711 N. 11th Street
St. Louis, Missouri 63101

Telephone & FAX Number: phone: 314-754-7891 & fax: 314-644-1334

**The attorneys of record in this case are:**

Name of Lead Counsel: Brian M. Wendler

Firm Name and Address: Wendler Law, P.C.
900 Hillsboro Avenue, Suite 10
Edwardsville, Illinois 62025

Telephone & FAX Number: phone: 618-692-0011 & fax: 618-692-0022

Name of Other Counsel: Terese Drew & Brian McBrearty

Firm Name and Address:

Hinshaw & Culbertson, LLP
701 Market Street, Suite No. 1375
St. Louis, Missouri 63101-1843

Litchfield Cavo, LLP
222 South Central Avenue, Suite 110
St. Louis, Missouri 63105

Telephone & FAX Number:   Hinshaw: 314-241-2600 & Litchfield: 314-725-1227

**The completion deadline for this ADR referral is** 09/28/2020

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: Monday, August 17, 2020

Time of Conference: 9:00 A.M.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: via Zoom

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

08/13/2020
Date

_Brian M. Wendler_ 8/12/2020
Signature of Plaintiff(s)

Signature of Defendant(s)