UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:18-CV-01859-PLC |
| | ) |
| PHARMA MEDICA RESEARCH, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

    Name of Neutral/Firm:    NORTON, GLENN A.

    Firm Address:    711 North 11th Street St. Louis, MO  63101

    Email:    adr@alaris.us

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

    Lead Counsel:    Brian M. Wendler (for pla)
    WENDLER LAW PC
    900 Hillsboro
    Suite 10
    Edwardsville, IL  62025
    Ph: 618-692-0011  FAX: 618-692-0022

    Other Counsel:    Terese Drew Bokern (for dft)
    HINSHAW AND CULBERTSON - St Louis
    701 Market Street Suite 260
    St. Louis, MO  63101
    Ph: 314-241-2600  FAX: 314-241-7428

    Brian K. McBrearty
    Litchfield Cavo LLP
    222 South Central Avenue Suite 110
    St. Louis, MO 63105
    Ph: 314-725-1227 Fax: 314-725-3006

**The completion deadline for this ADR referral is September 28, 2020. The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

| | |
|---|---|
| <u>August 14, 2020.</u><br>Date | <u>*Gregory J. Linhares*            /</u><br>Clerk of Court |
| | By:   <u>/s/ John Bernsen       /</u><br>        JOHN BERNSEN<br>        Deputy Clerk |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:18-CV-01859-PLC |
| | ) |
| PHARMA MEDICA RESEARCH, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [☐ did   ☐ did not]  achieve a settlement. ***Check one***

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____        Neutral: _____

NORTON, GLENN A.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:18-CV-01859-PLC |
| | ) |
| PHARMA MEDICA RESEARCH, INC., et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN ANALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference. The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                             Email address:

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

Date_____ Neutral_____