UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IAN WALLACE, )
 )
    Plaintiff(s), )
 )
v. ) No. 4:18-CV-01859-PLC
 )
PHARMA MEDICA RESEARCH, INC., et )
al., )
 )
    Defendant(s). )

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

### Option 2

☒ An ADR conference was held on: August 17, 2020.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on August 17, 2020.
The parties [☐ did  ☒ did not] achieve a settlement. ***Check one***

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 10/16/2020     Neutral: /S/ Glenn Norton

NORTON, GLENN A.
Signature