**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IAN WALLACE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:18-CV-1859 PLC |
| | ) | |
| **PHARMA MEDICA RESEARCH, INC.,** | ) | |
| et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the Court after a telephone conference with counsel on June 10, 2021. After conferring with counsel and careful consideration,

**IT IS HEREBY ORDERED** that the five-day jury trial of this case is **RESCHEDULED** from June 28, 2021, to **November 1, 2021**, beginning at 9:00 a.m., in Courtroom 9N on the ninth floor of the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri.

**IT IS FURTHER ORDERED** that, with respect to the new trial date, a final pretrial conference with counsel is set for **1:00 p.m.** on **October 19, 2021** in the same courtroom.

**IT IS FURTHER ORDERED** that, **on or before October 12, 2021**, (1) Plaintiff shall file a response to Defendant's pending motion in limine [ECF No. 199] and (2) the parties shall file of record (and submit to chambers a courtesy copy of) their revised proposed jury instructions. All other pretrial materials filed for use at the June 1, 2021 pretrial conference and June 28, 2021 trial date will be utilized at the October 19, 2021 pretrial conference and November 1, 2021 trial.

Absent prior leave of Court, the parties may not submit additional pretrial material for the November 1, 2021 trial date. Due to the rescheduling of trial,

**IT IS FINALLY ORDERED** that Defendant's pending motion to allow party representative to attend trial via Zoom or other electronic technology [ECF No. 143] is **DENIED without prejudice**.

                                                              */s/ Patricia L. Cohen*
                                                               PATRICIA L. COHEN
                                                               UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of June, 2021